JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
ADRIENNE D. GURLEY
Email: gurleya@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TROY JOSEPH FLOWERS, SEAN PAUL NEVETT, and FRUITION, INC. (f/k/a SEACOAST ADVISORS, INC.)<br><br>　　　　　Defendants. | Case No. 17-cv-01456-JAH-JLB<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR MONETARY REMEDIES PURSUANT TO CONSENTS AND JUDGMENTS**<br><br>Date:　　October 15, 2018<br>Time:　　2:30 p.m.<br>Place:　　Courtroom 13B<br>　　　　　Hon. John A. Houston |

**PLEASE TAKE NOTICE** that on October 15, 2018, Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move for an order of this Court entering monetary remedies against defendants Troy Joseph Flowers, Sean Paul Nevett, and Fruition, Inc. (f/k/a/ Seacoast Advisors, Inc.).

This Motion is brought based on the terms of the Consent of Defendant Troy J. Flowers (Dkt. No. 19), the Consent of Defendant Fruition, Inc. (Dkt. No. 20), the

1  Consent of Defendant Sean P. Nevett (Dkt. No. 21), the Judgment as to Defendant
2  Troy J. Flowers (Dkt. No. 23); the Judgment as to Defendant Sean P. Nevett (Dkt.
3  No. 24), the Judgment as to Defendant Fruition, Inc. (Dkt. No. 25), as well as the
4  facts alleged in the Complaint which are deemed to be admitted and true for the
5  purposes of this motion under the terms of the Consent and Judgment, as well as the
6  equitable law concerning disgorgement, prejudgment interest, and the applicable
7  statutes providing for civil penalties, Section 20(d) of the Securities Act of 1933 [15
8  U.S.C. § 77t(d)] and Section 21(d)(3) of the Securities Exchange Act of 1934 [15
9  U.S.C. § 78u(d)(3)].
10       This motion is based on the instant Notice of Motion and Motion, the
11 concurrently submitted Memorandum of Points and Authorities, Declaration of
12 Caryln Irwin, Declaration of John B. Bulgozdy, Declaration of Troy J. Flowers,
13 Declaration of Sean P. Nevett, the Complaint, the Consents and Judgments, and such
14 other material and information as the Court may consider in connection with the
15 Motion.
16       PLEASE TAKE FURTHER NOTICE that, if the Court does not take the
17 SEC's Motion under submission pursuant to Local Rule 7.1.d.1, then a hearing on the
18 Motion is set for October 15, 2018, at 2:30 p.m., in Courtroom 13B of the United
19 States District Court, 221 W. Broadway, San Diego, California 92101, in accordance
20 with the Local Rules.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  **If you oppose the Motion, you must file your written**
2  **opposition with the Office of the Clerk, United States**
3  **District Court, 880 Front Street, Suite 4290, San Diego, CA**
4  **921101-8900, and serve the same on the undersigned not**
5  **later than fourteen (14) days prior to the above-referenced**
6  **hearing date.**

8  Dated: July 27, 2018        */s/ John B. Bulgozdy*
                               John B. Bulgozdy
                               Adrienne D. Gurley
                               Attorneys for Plaintiff
                               Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION
> 444 S. Flower Street, Ste. 900, Los Angeles, CA 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904

On July 27, 2018, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR MONETARY REMEDIES PURSUANT TO CONSENTS AND JUDGMENTS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 27, 2018                   */s/ John B. Bulgozdy*
                                       JOHN B. BULGOZDY

**SEC v. FLOWERS, et al.**
United States District Court – Southern District of California
Case No. 17-cv-01456-JAH-JLB

**SERVICE LIST**

Joel M. Athey
DLA Piper LLP (USA)
633 West 5th Street, Suite 3200
Los Angeles, CA 90071
(213) 694-3100
joel.athey@dlapiper.com
**Attorneys for Defendants Troy Joseph Flowers and Fruition, Inc.**

Andrew B. Holmes
Patrick V. Chesney
Holmes, Taylor, Scott & Jones LLP
617 South Olive Street, Suite 1200
Los Angeles, CA 90014
(213) 985-2200
abholmes@htsjlaw.com
patrick.chesney@htsjlaw.com
**Attorneys for Defendant Sean Paul Nevett**