# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>TROY J. FLOWERS, SEAN P. NEVETT, and FRUITION, INC.,<br><br>    Defendants. | Case No. 17-cv-01456-JAH-JLB<br><br>**AMENDED ORDER VACATING AND RESETTING HEARING ON PLAINTIFF'S MOTION FOR MONETARY REMEDIES [DOC. NO. 34]** |

The parties are scheduled to appear before this Court on October 15, 2018 at 2:30 p.m., for a hearing on Plaintiff Securities and Exchange Commission's motion for monetary remedies. On the Court's own motion, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion is VACATED and RE-SET to October 22, 2018 at 2:30 p.m. in courtroom 13B. The parties may appear telephonically with advance notice to the Court.

**IT IS FURTHER ORDERED** that Plaintiff's reply in support of its motion, if any, shall be filed on or before October 12, 2018.

**IT IS SO ORDERED**.

Dated: October 4, 2018

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1